1  BRENDA ENTZMINGER
   Nevada Bar No. 9800
2  PHILLIPS, SPALLAS & ANGSTADT LLC
3  504 South Ninth Street
   Las Vegas, Nevada 89101
4  (702) 938-1510

5  *Attorneys for Defendants*
   *... Stores, Inc. and*
6  *Wal-Mart Real Estate Business Trust*

7                    UNITED STATES DISTRICT COURT

8                         DISTRCT OF NEVADA

9

10  JULIA MUSALL,                      )  Case No.: 2:09-cv-02179-JCM-PAL
                                       )
11              Plaintiff,             )
                                       )
12       v.                            )  **STIPULATION AND ORDER FOR**
                                       )  **DISMISSAL WITH PREJUDICE**
13  WAL-MART STORES, INC.; WAL-MART    )
    REAL ESTATE BUSINESS TRUST, and    )
14  DOES I through 25, inclusive,      )
                                       )
15              Defendants.            )
                                       )
16                                     )
                                       )
17                                     )

18       IT IS HEREBY STIPULATED AND AGREED, by the parties hereto, through their respective

19  counsel of record, that the above-captioned matter be dismissed with prejudice, each party to bear his

20  //
21  //
22  //
23  //
24  //
25  //
26  //
27  //

1 | or her own costs and attorney's fees.

2 | DATED this 9th day of August, 2011.     DATED this 19th day of August, 2011.

**CLAGGETT & ASSOCIATES**          **PHILLIPS, SPALLAS & ANGSTADT, LLC**

/s/ Sean Claggett                  /s/ Brenda Entzminger
Sean K. Claggett, Esq.             Brenda H. Entzminger
8751 West Charleston Boulevard, Suite 110   504 South Ninth Street
Las Vegas, Nevada 89117            Las Vegas, Nevada 89101
(702) 655-2346                     (702) 938-1510

*Attorneys for Plaintiff*          *Attorneys for Defendants*

### ORDER

PURSUANT TO THE STIPULATION OF THE PARTIES, through their respective counsel, it is hereby:

ORDERED, ADJUDGED, AND DECREED, that the above-captioned matter be dismissed, with prejudice each party to bear their own costs and attorney's fees.

DATED this 19th day of August, 2011.

_____
UNITED STATES DISTRICT JUDGE

Respectfully submitted by:

**PHILLIPS, SPALLAS & ANGSTADT, LLC**

/s/ Brenda Entzminger
BRENDA H. ENTZMINGER
Nevada Bar No. 9800
504 South Ninth Street
Las Vegas, Nevada 89101
(702) 938-1510
*Attorneys for Defendants*
*Wal-Mart Stores, Inc. and*
*Wal-Mart Real Estate Business Trust*