1  BRENDA ENTZMINGER
   Nevada Bar No. 9800
2  PHILLIPS, SPALLAS & ANGSTADT LLC
3  504 South Ninth Street
   Las Vegas, Nevada 89101
4  (702) 938-1510

5  *Attorneys for Defendants*
   *... Stores, Inc. and*
6  *Wal-Mart Real Estate Business Trust*

7                   UNITED STATES DISTRICT COURT
8
                         DISTRCT OF NEVADA
9
10 JULIA MUSALL,                    )   Case No.: 2:09-cv-02179-JCM-PAL
                                    )
11            Plaintiff,            )
                                    )
12       v.                         )   **STIPULATION AND ORDER FOR**
                                    )   **DISMISSAL WITH PREJUDICE**
13 WAL-MART STORES, INC.; WAL-MART  )
   REAL ESTATE BUSINESS TRUST, and  )
14 DOES I through 25, inclusive,    )
                                    )
15            Defendants.           )
                                    )
16                                  )
                                    )
17                                  )

18       IT IS HEREBY STIPULATED AND AGREED, by the parties hereto, through their respective

19 counsel of record, that the above-captioned matter be dismissed with prejudice, each party to bear his

20 //

21 //

22 //

23 //

24 //

25 //

26 //

27 //

- 1 -
STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE

or her own costs and attorney's fees.

DATED this 9th day of August, 2011.                    DATED this 19th day of August, 2011.

**CLAGGETT & ASSOCIATES**                               **PHILLIPS, SPALLAS & ANGSTADT, LLC**

/s/ Sean Claggett                                        /s/ Brenda Entzminger
Sean K. Claggett, Esq.                                   Brenda H. Entzminger
8751 West Charleston Boulevard, Suite 110                504 South Ninth Street
Las Vegas, Nevada 89117                                  Las Vegas, Nevada 89101
(702) 655-2346                                           (702) 938-1510

*Attorneys for Plaintiff*                                *Attorneys for Defendants*

### ORDER

PURSUANT TO THE STIPULATION OF THE PARTIES, through their respective counsel, it is hereby:

ORDERED, ADJUDGED, AND DECREED, that the above-captioned matter be dismissed, with prejudice each party to bear their own costs and attorney's fees.

DATED this 19th day of August, 2011.

_____
UNITED STATES DISTRICT JUDGE

Respectfully submitted by:

**PHILLIPS, SPALLAS & ANGSTADT, LLC**

/s/ Brenda Entzminger
BRENDA H. ENTZMINGER
Nevada Bar No. 9800
504 South Ninth Street
Las Vegas, Nevada 89101
(702) 938-1510
*Attorneys for Defendants*
*Wal-Mart Stores, Inc. and*
*Wal-Mart Real Estate Business Trust*